# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 06-175
### (consolidated with 06-174)


**STATE OF LOUISIANA**

**VERSUS**

**S.D.G.**


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 271630
HONORABLE HARRY FRED RANDOW, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

### MARC T. AMY
### JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Michael G. Sullivan, Judges.

**CONVICTIONS AFFIRMED;  SENTENCES AFFIRMED AS AMENDED.
REMANDED WITH INSTRUCTIONS.**

**James C. Downs
District Attorney
701 Murray Street
Alexandria, LA   71301
(318) 473-6650
COUNSEL FOR APPELLEE:**
    **State of Louisiana**

**Edward Kelly Bauman
Louisiana Appellate Project
Post Office Box 1641
Lake Charles, LA   70602-1641
(337) 491-0570
COUNSEL FOR DEFENDANT/APPELLANT:**
    **S. D. G.**

AMY, Judge.

For disposition of this consolidated matter, *see State of Louisiana v. S.D.G.*, 06-174 (La.App. 3 Cir. _/_/06), _ So.2d _.

**CONVICTIONS AFFIRMED;   SENTENCES AFFIRMED AS AMENDED. REMANDED WITH INSTRUCTIONS.**